NOTE: CHANGES MADE BY COURT

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| GLASSCELL PC DBA REDEFINE PSYCHOTHERAPY, a California Professional Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation, and DOES 1-20, inclusive,<br><br>          Defendant. | Case No. 8:23-cv-02136-FWS-JDE<br><br>**ORDER RE STIPULATION TO REMAND CASE TO STATE COURT [25]** |

///

///

///

**ORDER**

Having reviewed and considered the Stipulation to Remand Case to State Court [25] ("Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned case is **REMANDED** back to the Superior Court for the State of California, Orange County, case number 30-02023-01332532-CU-BC-CJC.

**IT IS SO ORDERED**.

Dated: March 4, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE